IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) |
| LEO TIGUE | ) Case No. 19-30460 |
| | ) |
|   Debtor(s). | ) Chapter 13 |
| | ) |

NOTICE OF CHANGE OF ADDRESS

Comes now Debtor(s), LEO TIGUE and through his/her attorney, and informs the Court, his/her Creditors, and all parties in interest, of their new address:

    180 Portmarnock Lane
    Saint Charles, MO 63304


PROOF OF SERVICE

The undersigned hereby states that a true copy of the foregoing was sent to the following people that were not served electronically, via first class mail postage prepaid on this 22nd day of May, 2019.

Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

                                      /s/Julia Black
U.S. Trustee                            J.D. GRAHAM, P.C.
Becker Building Suite 1100        #1 Eagle Center, Suite 3A
401 West Main St.                 O'Fallon, IL 62269
Peoria, IL 61602                    618.235.9800
                                        618.235.9805 Fax
All creditors on mailing matrix      jd@jdgrahamlaw.com