IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In proceedings under |
|   Leo Tigue | ) | Chapter 13 |
| | ) | |
| | ) | |
|   Debtor(s). | ) | Bk. No.: 19-30460 |
| | ) | |

CHAPTER 13 TRUSTEE'S OBJECTION TO THE
PROOF OF CLAIM OF FINANCE OF AMERICA REVERSE LLC (Claim # 16)

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee and, pursuant to 11 U.S.C. Section 502(b)(1), files this his Objection to the secured Proof of Claim of FINANCE OF AMERICA REVERSE LLC and in support thereof would respectfully show unto this Court the following:

1. FINANCE OF AMERICA REVERSE LLC (the "Creditor") filed its Proof of Claim on or about June 14, 2019. Furthermore, the Creditor has filed the instant claim as secured, the basis of which is apparently a perfected security interest in 180 Portmarnock Lane, Weldon Spring, Missouri 63304.

2. Notwithstanding its assertion to the contrary, the Creditor has failed to attach evidence of its perfected security interest as required by FRBP 3001(d).

3. Without evidence of the perfection of the Creditor's security interest, the undersigned would show this Court that the Creditor's alleged status as a secured creditor cannot be determined. As such, the Trustee requests this Court to reclassify the Creditor's Proof of Claim as a general unsecured claim.

WHEREFORE, PREMISES CONSIDERED, Russell C. Simon, Chapter 13 Trustee, prays that upon final hearing of this matter, the Court enter an Order reclassifying the Proof of Claim of FINANCE OF AMERICA REVERSE LLC, to a general unsecured claim and that he have such other and further relief, both at law and in equity, to which he may show himself justly entitled.

                                            **/s/ Russell C. Simon**
                                            RUSSELL C. SIMON, Trustee
                                            Chapter 13 Trustee
                                            24 Bronze Pointe
                                            Swansea, Illinois  62226
                                            Telephone: (618) 277-0086
                                            Telecopier: (618) 234-0124

Dated: June 20, 2019
MB

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Objection to the Proof of Claim of FINANCE OF AMERICA REVERSE LLC was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Thursday, June 20, 2019.

/s/Mindy

Leo Tigue
180 Portmarnock Lane
St Charles, MO  63304


.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269


FINANCE OF AMERICA REVERSE LLC
C/O REVERSE MORTGAGE SOLUTIONS INC
14405 WALTERS RD
STE 200
HOUSTON, TX 77014


RAS CRANE LLC
10700 ABBOTTS BRIDGE RD
STE 170
DULUTH, GA 30097