# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| Leo Tigue | Case No. 19−30460−lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−2104

## ORDER

This matter is before the Court on the Objection to Confirmation, filed by Russell C Simon, on 06/14/2019. The trustee has filed an amended objection. Accordingly, **IT IS ORDERED** that the objection is **MOOT**.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: June 21, 2019                                /s/ Laura K. Grandy
                                                      UNITED STATES BANKRUPTCY JUDGE