## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | In Proceedings Under |
| Leo Tigue, | ) | Chapter 13 |
| | ) | |
| Debtor | ) | BK No.: 19-30460 |
| | ) | |

### MOTION TO CONTINUE CONFIRMATION HEARING

Now comes the Debtor by and through his undersigned attorney and for his motion states as follows:

1. The Debtor filed the present chapter 13 case on April 11, 2019.
2. That on June 20, 2019 the Trustee filed his Amended Objection to Confirmation, based in part on the claim filed by Finance of America Reverse.
3. That Trustee has filed an objection to the claim of Finance of America Reverse.
4. That the plan cannot be confirmed prior to resolution of the objection to claim.
5. That the hearing on the objection to claim is scheduled for August 12, 2019.
6. That the confirmation hearing is scheduled for June 25, 2019.
7. That Debtor requests that the Confirmation hearing be continued to August 12, 2019.
8. That the Trustee has been consulted and has no objection to this motion.

Wherefore, the Debtor prays that this Court continue the Confirmation Hearing to August 12, 2019.

RESPECTFULLY SUBMITTED,

By: __/s/J.D. Graham_____
J.D. Graham 06211732
Attorney for Debtor
#1 Eagle Center, Suite 3A
O'Fallon, IL 62269
618.235.9800

618.235.9805 fax
jd@jdgrahamlaw.com

## CERTIFICATE OF SERVICE

Comes now Debtor by and through his attorney, and certifies that on June 24, 2019, via first-class mail, postage prepaid, a true and accurate copy of the Motion to continue was served upon the following people that were not served electronically:

Russell C Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226


U.S. Trustee
Becker Building, Ste. 1100
401 Main St.
Peoria, IL 61602

All creditors listed on matrix.

/s/Tom Voigt