IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| LEO TIGUE | ) | |
| | ) | Case No: 19-30460 |
| Debtor. | ) | |

### ORDER

THIS MATTER is before the Court on the debtor's Motion to Continue the confirmation hearing presently scheduled for June 25, 2019. Said motion is GRANTED and the above-referenced hearing is rescheduled for August 12, 2019 at 9:00 a.m. in the United States Bankruptcy Court, 750 Missouri Avenue, East St. Louis, Illinois.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: June 24, 2019

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/4