**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| Leo Tigue | |
| | BK 19–30460–lkg |
| SSN/Individual Taxpayer ID Number (ITIN): | |
| xxx–xx–2104 | |
| Debtor(s) | |

**NOTICE OF REQUIREMENT TO FILE A
CERTIFICATION OF COMPLETION OF COURSE IN
PERSONAL FINANCIAL MANAGEMENT**

    Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 13 (11 U.S.C. § 1328). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, unless an approved provider of an instructional course concerning personal financial management has notified the court that a debtor has completed the course after filing the petition, the debtor(s) must complete and file a Certification About a Financial Management Course (Official Form B 423) as described in 11 U.S.C. § 111.

    Debtor(s) are hereby notified that Official Form B 423 must be filed before a discharge can be entered. Debtor(s) are hereby notified that the debtor(s) must file Official Form B 423 no later than the date when the last payment is made by the debtor(s) as required by the plan or the filing of a motion for a discharge under 11 U.S.C. § 1328(b). Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form B 423, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED: July 9, 2019

**Donna N Beyersdorfer**
CLERK OF THE BANKRUPTCY COURT
