## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

IN RE:                                                      CASE NO.: 19-30460-LKG
                                                                          CHAPTER 13

**LEO TIGUE**
*aka* **Leo Tigue, Jr.**
*aka* **Leo N. Tigue, Jr.**
*dba* **Kurrin & Richards Inc.**
          **Debtor,**

_____/

### RESPONSE TO CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM OF FINANCE OF AMERICA REVERSE, LLC (Claim #16)

COMES NOW Finance of America Reverse, LLC ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Chapter 13 Trustee's Objection to the Proof of Claim of Finance of America Reverse, LLC ("Objection"), (DE# 21), and in support thereof states as follows:

1. Secured Creditor holds an interest in Debtor's real property located at 180 PORTMARNOCK LANE, WELDON SPRING, MISSOURI 63304.

2. Secured Creditor timely filed its Proof of Claim, Claim No. 16, on June 14, 2019.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim (and, by extension, supplemental proof of claim) executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

4. On June 20, 2019, Trustee filed an Objection, asserting allegations opposing Secured Creditor's claim.

5. Trustee asserts the secured creditor failed to attach evidence of its perfected security interest as required by FRBP 3001(d) and without evidence of the perfection of the

Creditor's security interest, the Creditor's alleged status as a secured cannot be determined.

6.   Secured Creditor requires additional time to review its records and investigate the issues raised in Trustee's Objection, and requests a hearing be set on same.

7.   Secured Creditor reserves the right to supplement its Response to Trustee's Objection at any time before or at the hearing.

**WHEREFORE**, Creditor respectfully requests that this Honorable Court overrules Trustee's Objection and allows Secured Creditor's Proof of Claim as filed so as to preserve Creditor's Claim, and for such other and further relief as the Court may deem just and proper.

RIEZMAN BERGER, P.C.

**/s/ Kathryn A. Klein**
Kathryn A. Klein #06199235
7700 Bonhomme Ave., 7th Floor
St. Louis, MO.  63105
(314) 727-0101
Attorneys for Secured Creditor
klein@riezmanberger.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 19, 2019, I electronically filed the foregoing with

the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via

CM/ECF or United States Mail to the following parties:

DEBTOR
Leo Tigue
180 Portmarnock Lane
Saint Charles, MO  63304

DEBTOR'S COUNSEL
Jerry D. Graham, Jr.
JD Graham PC
1 Eagle Center
Suite 3A
O'Fallon, IL  62269

TRUSTEE
Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL  62226

RIEZMAN BERGER, P.C.

**/s/ Kathryn A. Klein**
Kathryn A. Klein #06199235
7700 Bonhomme Ave., 7th Floor
St. Louis, MO.  63105
(314) 727-0101
Attorneys for Secured Creditor
klein@riezmanberger.com