**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| Leo Tigue | ) | Under Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | Bk. Case No.: 19-30460 |
| | ) | |
| RUSSELL C. SIMON, | ) | |
| CHAPTER 13 TRUSTEE, | ) | |
| Objector | ) | |
| | ) | |
| Finance of America Reverse LLC | ) | |
| COURT CLAIM NO. 16 | ) | |
| Creditor/Respondent. | ) | |

**TRUSTEE'S AMENDED OBJECTION TO COURT CLAIM NO. 16
FILED BY FINANCE OF AMERICA REVERSE LLC**

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and files this his amended objection to the claim of the above named Creditor filed in this proceeding.  The Trustee OBJECTS for the following reasons:

1.    That the instant case was commenced on April 11, 2019.

2.    On June 14, 2019, Finance of America Reverse LLC ("Creditor") filed a secured claim (Court Claim No. 16), the basis of which is asserted to be a perfected security interest in real property located at 180 Portmarnock Lane, Weldon Spring, Missouri 63304.

3.    Notwithstanding the assertion that the instant claim is secured, no evidence of the Creditor's perfected security interest was attached to the Proof of Claim as required by FRBP 3001(d).  The Trustee notes that although the Deed of Trust was attached to the proof of claim, the mortgage provided does not contain a recorder's stamp as proof of perfection.  Without evidence of the perfection of the Creditor's security interest, the alleged status as a secured creditor cannot be determined.

4.     Based on the foregoing, the Trustee requests that Creditor's proof of claim be disallowed.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays for an order disallowing Court Claim No. 16 and for such other and further relief, both in law and in equity, this Court deems just and equitable.


                                        Respectfully Submitted,


                                        /s/ Russell C. Simon
                                        RUSSELL C. SIMON, TRUSTEE
                                        Chapter 13 Trustee
                                        24 Bronze Pointe
                                        Swansea, Illinois 62226
                                        (618) 277-0086
Dated: July 25, 2019



                        CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document as well as the Notice of Objection was mailed to the following interested parties who have not been electronically notified by first class mail on Thursday, July 25, 2019.


Leo Tigue
180 Portmarnock Lane
St Charles, MO 63304

.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269

FINANCE OF AMERICA REVERSE LLC
C/O REVERSE MORTGAGE SOLUTIONS INC
14405 WALTERS RD
STE 200
HOUSTON, TX 77014

RAS CRANE LLC
10700 ABBOTTS BRIDGE RD
STE 170
DULUTH, GA 30097


/s/Mindy