# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>Leo Tigue<br><br>                    Debtor.<br><br>RUSSELL C. SIMON,<br>CHAPTER 13 TRUSTEE,<br>                    Objector.<br><br>Finance of America Reverse LLC<br>COURT CLAIM NO. 16<br>                    Creditor/Respondent. | In Proceedings<br>Under Chapter 13<br><br><br>Bk. Case No.: 19-30460 |

## AMENDED NOTICE OF OBJECTION TO CLAIM

An objection to your claim was filed on February 17, 2012 with the U.S. Bankruptcy Court for the Southern District of Illinois, 750 Missouri Ave., East St. Louis, IL 62201-2988. A copy is attached hereto.

Any response in opposition to the objection must be filed with the Court within thirty (30) days of the date of this Notice, with a copy forwarded to all interested parties. If no response is filed, the Court will enter an order sustaining the objection and disallowing or modifying the claim without further notice to any party.

If a response is filed, a hearing on the objection will be held at **9:00 a.m.** on the day **Thursday, September 19, 2019,** before the **United States Bankruptcy Court for the Southern District of Illinois, 750 Missouri Ave., East St. Louis, IL 62201.** If a party fails to appear in person or by counsel, the Court may proceed with the scheduled hearing and may enter an appropriate order on the objection. You will receive no further notice of the hearing.

/s/ Russell C. Simon
Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226
618-277-0086 Ph.
618-234-0124 Fax.

Dated: July 25, 2019

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Amended Trustee's Notice of Objection was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Thursday, July 25, 2019.

Leo Tigue
180 Portmarnock Lane
St Charles, MO 63304

.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269

FINANCE OF AMERICA REVERSE LLC
C/O REVERSE MORTGAGE SOLUTIONS INC
14405 WALTERS RD
STE 200
HOUSTON, TX 77014

RAS CRANE LLC
10700 ABBOTTS BRIDGE RD
STE 170
DULUTH, GA 30097

/s/Mindy