IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under |
| | ) | Chapter 13 |
| LEO TIGUE, | ) | |
| | ) | |
| | ) | No.  19-30460 |
| Debtor. | ) | |

## **ORDER**

THIS cause comes before the Court *Sua sponte.* The Trustee filed an Objection to the Claim #16 of Finance of America Reverse, LLC on June 20, 2019 (Doc. #21). Trustee filed an Amended Objection to Claim on July 25, 2019 (Doc.#32).

WHEREFORE IT IS HEREBY ORDERED that the original Objection to Claim (Doc.#21) and the Response thereto (Doc. #31) are OVERRULED as MOOT.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: July 30, 2019

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/6