IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:           ) | |
|    Leo Tigue            ) | In proceedings under |
|                          ) | Chapter 13 |
|      Debtor(s).   ) | |
|                          ) | Bk. No.: 19-30460 |
| RUSSELL C. SIMON,   ) | |
|   Chapter 13 Trustee/Objector, ) | |
|          v.            ) | |
| REGIONS BANK       ) | |
|  (Claim # 26),        ) | |
|    Creditor/Respondent. ) | |

**TRUSTEE'S OBJECTION TO UNTIMELY FILED CLAIM, AND NOTICE FIXING 30 DAY PERIOD FOR CREDITOR'S AFFIRMATIVE RESPONSE**

    COMES NOW Russell C. Simon, Chapter 13 Trustee, and for his Objection to Allowance of Untimely Filed Claim, states as follows:

Creditor, REGIONS BANK, filed a proof of claim on August 06, 2019. The bar date for filing claims was June 20, 2019. The claim should be disallowed as untimely.

WHEREFORE, the Chapter 13 Trustee seeks an Order of this Court disallowing the claim of the creditor listed above.

**THE DEBTOR(S) AND THE CREDITOR LISTED ABOVE ARE HEREBY NOTIFIED THAT AN APPROPRIATE RESPONSE, IF ANY, MUST BE FILED NO LATER THAN 30 DAYS FROM THE DATE OF THIS NOTICE. ABSENT A TIMELY RESPONSE, AN ORDER GRANTING THE RELIEF SOUGHT WILL BE ENTERED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.**

                                  **/s/ Russell C. Simon**
                                  RUSSELL C. SIMON, Trustee
                                  Chapter 13 Trustee
                                  24 Bronze Pointe
                                  Swansea, Illinois 62226
                                  Telephone: (618) 277-0086
                                  Telecopier: (618) 234-0124

Dated: August 07, 2019
RLS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Objection to Untimely Filed Claim was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Wednesday, August 7, 2019.

/s/Rebecca

Leo Tigue
180 Portmarnock Lane
St Charles, MO  63304

.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269

REGIONS BANK
C/O MATHIS MARIFIAN & RICHTER
101 W VANDALIA ST STE 100
EDWARDSVILLE, IL 62025

REGIONS BANK
ATTN: GRAYSON HALL, PRESIDENT AND CEO
1900 FIFTH AVE N
BIRMINGHAM, AL 35203
Certified Mail