**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Leo Tigue, | § | CASE NO. 19-30460 |
| | § | (Chapter 13) |
| Debtor(s) | § | |

**AGREED ORDER RESOLVING TRUSTEE'S OBJECTION(S)**

The parties announce to the Court that they have reached an agreement concerning the Trustee's pending Objection(s), the terms and conditions of which are as follows:

1. Debtor(s) are hereby granted 30 days in which to file an Amended Plan:
   - To address completion.
   - To address the claim of the Directors of Whitmoor County Club.
   - To address the claim of JJV Profit Sharing Plan in paragraph 3D as paid in full with the notation that the claim will not be paid by the Trustee but instead will be paid from the proceeds of the sale of the property located at 225 S. Jackson St. Belleville, IL 62220.
   - To provide a pool for unsecured creditors in the amount of $16,343.09.

2. Debtor(s) are hereby granted 30 days in which to file Amended Schedule(s):
   - A/B – to accurately list and value all assets.

Timely compliance with the specific requirement(s) listed above shall constitute a cure for all the Trustee's Objections to Confirmation.

The Court hereby **ORDERS** that in the event the Debtor(s) fail to comply within the time limits set forth above, this case shall be automatically dismissed without further notice or hearing.

The Court further **ORDERS** that should the amendments fail to cure all of the Trustee's objections and the Trustee files a written certification of such non-compliance, this case may be automatically dismissed without further notice or hearing, or in the alternative, the Court may consider reducing the attorney's fees paid in this case.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: September 13, 2019

/s/ William V. Altenberger
_____
**UNITED STATES BANKRUPTCY JUDGE/18**

Agreed to:

**/s/Russell C. Simon**            **/s/ J.D. Graham**
Russell C. Simon                          Debtor(s) Counsel
Chapter 13 Trustee