UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| LEO TIGUE, | ) | No. 19-30460-wwa |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| REGIONS BANK, an Alabama banking corporation, | ) ) | |
| | ) | |
|    Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEO TIGUE, JR., VERONICA J. TIGUE and KURRIN & RICHARDS, INC., a Missouri corporation, | ) ) ) | |
| | ) | |
|    Respondents. | ) | |

## MOTION FOR RELIEF FROM THE CODEBTOR STAY

COMES NOW Regions Bank ("Bank"), by and through its attorneys, Mathis, Marifian & Richter, Ltd., and for its Motion for Relief from the Codebtor Stay imposed under 11 U.S.C. 1301(a), states as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157(a) and 1334(a). This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2. Debtor Leo Tigue ("Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on April 11, 2019 ("Petition Date"). Debtor's Petition indicated he filed this case as an individual dba Kurrin & Richards Inc. (among other aliases).

3. Bank is a creditor of Debtor by reason of that certain commercial guaranty agreement executed by Debtor on August 9, 2002 in favor of Bank (the "Guaranty"), guaranteeing payment and performance of all obligations owed by Kurrin & Richards, Inc., a

Missouri corporation ("the Corporation"), under a commercial promissory note renewal of even date in the amount of $200,000.00, including all extensions, amendments and renewals (collectively, the "Loan Documents") (Exhibit A).

4. The Note is also guaranteed by Debtor's spouse, Veronica J. Tigue, who is not a debtor in this proceeding. See Loan Documents (Exhibit A)

5. The Note matured by its terms on March 20, 2014 and has remained in default since that date; the outstanding balance of the Note was $127,657.05 as of the Petition Date.

6. The Corporation is a Missouri corporation currently in good standing, and is a legal entity separate from the Debtor.

7. Prior to the Petition Date, Bank had filed a state court action against the Corporation for breach of the loan agreement, and against Debtor and Veronica Tigue for breach of their respective guarantees of the Note; that state court action has been stayed since the filing of Debtor's bankruptcy case.

8. Bank wishes to pursue its state court collection case against the Corporation and Veronica Tigue.

9. The Bankruptcy Code imposes a stay against collection on any creditor that seeks to collect all or any part of a consumer debt from any individual that is liable with the debtor or that secured such debt, except under specific conditions under the Code that do not apply in this case. 11 U.S.C. 1301(a).

10. In this case, although Bank believes that the co-debtor stay under Sec. 1301 is inapplicable because the underlying debt sought to be collected is a commercial debt guaranteed by codebtor Veronica Tigue and the separate obligation of the Corporation, Bank seeks an order

modifying the codebtor stay in an abundance of caution, to clarify that Bank may pursue collection efforts against Veronica Tigue and Kurrin & Richards, Inc.

WHEREFORE, Regions Bank prays that this Court grant its Motion and lift the stay imposed under 11 USC 1301 on collections against Veronica Tigue and/or Kurrin & Richards, Inc.; and for such further relief as this Court deems just and proper.

Respectfully submitted,

**MATHIS, MARIFIAN & RICHTER, LTD.**

By:   /s/ William W. Asa
      WILLIAM W. ASA, #6192920
      MARY E. LOPINOT #6256302
      Mathis, Marifian & Richter, Ltd.
      101 Vandalia St., Ste. 100
      Edwardsville, IL 62025

## CERTFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2019, a copy of the foregoing document was served via the Court's CM/ECF electronic noticing upon:

Jerry D. Graham
1 Eagle Center, Suite 3A
O'Fallon, IL 62269

Russell C. Simon
24 Bronze Pointe
Swansea, IL 62226

And via U.S. First Class Mail upon the following:

Leo Tigue
180 Portmarnock Lane
St. Charles, MO 63304

Veronica Tigue
180 Portmarnock Lane
St. Charles, MO 63304

Kurrin & Richards, Inc.
6209 Mid-Rivers Mall Drive, Suite 30
St. Charles, MO  63304

/s/  William W. Asa