UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| LEO TIGUE, | ) | No. 19-30460-wwa |
| | ) | |
| Debtor. | ) | |
| | ) | |
| REGIONS BANK, an Alabama Banking corporation, | ) ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEO TIGUE, Jr., RUSSELL C. SIMON, Chapter 13 Trustee, JJV PROFIT SHARING PLAN, and KURRIN & RICHARDS, INC., a Missouri corporation, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Regions Bank ("Bank"), by and through its attorneys, Mathis, Marifian & Richter, Ltd., and for its Motion for Relief from the Automatic Stay imposed under 11 U.S.C. 362(a), states as follows:

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157(a) and 1334(a). This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2.    Debtor Leo Tigue ("Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on April 11, 2019 ("Petition Date"). Debtor's Petition indicated he filed this case as an individual dba Kurrin & Richards Inc. (among other aliases).

3.    Debtor listed certain commercial real estate located at 225 S. Jackson Street, Belleville, Illinois as an asset of the estate, with a Petition Date value of $25,743.00.

{M0797982.1}

4. Bank is a creditor of Debtor by reason of that certain commercial guaranty agreement executed by Debtor on August 9, 2002 in favor of Bank (the "Guaranty"), guaranteeing payment and performance of all obligations owed by Kurrin & Richards, Inc., a Missouri corporation ("the Corporation"), under a promissory note renewal of even date in the amount of $200,000.00, including all extensions, amendments and renewals (collectively, the "Note") (Exhibit A).

5. The Note is secured by commercial real estate located at 225 South Jackson Street, Belleville, St. Clair County, Illinois ("Real Estate"), as evidenced by that certain Real Estate Deed of Trust executed by the Corporation on March 2, 1998 and as modified on March 20, 2009 ("Deed of Trust") (Exhibit B).

6. The Note matured by its terms on March 20, 2014 and has remained in default since that date.

7. The Corporation is in default of the Note and Deed of Trust; the outstanding balance of the Note was $127,657.05 as of the Petition Date, which is comprised as follows:

   a. Outstanding principal:        $105,667.72
   b. Accrued and unpaid interest:  $20,538.99
   c. Late charges:                 $129.14
   d. Attorneys' fees:              $1,321.20

8. The real estate taxes for tax year 2017 in the amount of $878.02 have been sold at tax sale to JJV Profit Sharing Plan; no payment has been made on the 2018 real estate taxes as of this date.

9. On March 26, 2019, Kurrin & Richards quitclaimed its ownership of the Real Estate to Debtor ("Quitclaim Deed")(Exhibit C); however, the grantor under the Quitclaim Deed

purported to be "*Kurrin & Richards, Inc., a corporation duly organized and existing under and by virtue of the laws of the State of Illinois and duly authorized to transact business in the state where the following described real estate is located*[.]" A search of the Illinois Secretary of State corporation database indicates that there is no such entity, and that Kurrin & Richards, Inc., a Missouri corporation, had its authority to do business in Illinois revoked on October 17, 2006. (Exhibit D). As such, the validity of the Quitclaim deed is questionable as to its effect of transferring the Real Estate to the Debtor.

10. Debtor's initial plan of reorganization proposed to surrender the Real Estate; in the Order entered on September 13, 2019, Debtor indicates his intent to file an amended plan of reorganization that will propose the Debtor's sale of the Real Estate to fund his reorganization plan (Agreed Order, Doc. 57, paragraph 1).

11. The Bankruptcy Code provides that a party in interest may seek relief from the automatic stay to pursue its state law remedies against property of the estate: (a) for cause, including the lack of adequate protection of the party's interest in the property; or (b) if the debtor does not have equity in the property and the property is not necessary to an effective reorganization. 11 U.S.C. 362(d)(1) and (d)(2).

12. Under Illinois law, the transfer did not extinguish Bank's security interest in the Property. Conveyances Act, Sec. 10 (765 ILCS 5/10); Chappel v. Burwell, 273 Ill.App. 348 (2d. Dist 1934); Continental Illinois Nat. Bankd & Trust Co. of Chicago v. Cunningham, 291 Ill.App. 180 (1st Dist. 1937).

13. Debtor has not paid adequate protection to Bank since the commencement of this case. Real estate taxes for 2017 have been sold at a tax sale, and real estate taxes for tax year 2018 remain unpaid, and are likely to be sold at a tax sale in November 2019 unless redeemed

prior to that date. The lack of adequate protection of Bank's interest in the real estate is cause for grant of this Motion under Section 362(d).

14. Moreover, the Real Estate remains encumbered by the Deed of Trust; based on the Debtor's valuation of the Real Estate, there is no equity in the Real Estate for the benefit of the bankruptcy estate. Debtor's intent to liquidate the Real Estate will result in no funds for the bankruptcy estate due to the outstanding liens against the real estate, which are substantially in excess of its value.

15. The lack of equity in the Real Estate and Debtor's initial proposal to surrender the Real Estate are evidence that the Real Estate is not necessary for an effective reorganization, also establishing cause for grant of this Motion under Section 362(d).

16. Bank seeks relief from the automatic stay to pursue its state court remedies against the Real Estate, which may include foreclosure on the Deed of Trust.

17. Based on the foregoing, good and sufficient cause exists to grant relief from the automatic stay.

18. Pursuant to Bankruptcy Rule 4001(a)(3), Bank requests that any order granting relief from the automatic stay not be stayed from enforcement.

19. Alternatively, the Court lacks subject matter jurisdiction over the Real Estate, in that the transfer of the Real Estate to Debtor via the March 2019 Quitclaim Deed was invalid. The grantor under the deed is not a legal entity, and the Quitclaim Deed did not effectively transfer title to the Debtor, as the grantor in the Quitclaim Deed does not exist, and the Missouri corporation of similar name was not authorized to transact business in Illinois at the time of the transfer. Under Illinois law, a quitclaim deed conveys only such interest as the grantor possesses in the real estate at the time of conveyance. *In re* Blair, 330 B.R. 206 (Bankr. N.D.Ill. 2005).

Since there was no existing Illinois corporation for Kurrin and Richards, Inc., the deed is void as a conveyance to the bankruptcy estate. As such, the Real Estate is an asset belonging to the Missouri entity and is subject to the claims of its creditors; the Real Estate is not an asset of the Bankruptcy Estate. The Debtor cannot lay claim to the right to dispose of the Real Estate through the Plan, since the Bankruptcy Court arguably lacks subject matter jurisdiction over the Real Estate.

20. For the foregoing reasons, relief from the automatic stay is appropriate so that Regions Bank may seek its state court rights against its collateral.

WHEREFORE, Regions Bank prays that this Court:

a) Grant this Motion under the terms and conditions herein;

b) Grant to Bank relief from the automatic stay pursuant to 11 U.S.C. 362(d), allowing Bank to pursue its state court remedies against the Real Estate to the fullest extent possible;

c) Order that there is no delay of enforcement of the order modifying the automatic stay; and

d) For such further relief as this Court deems just and proper.

Respectfully submitted,

**MATHIS, MARIFIAN & RICHTER, LTD.**

By: ___/s/ William W. Asa___
   WILLIAM W. ASA, #6192920
   MARY E. LOPINOT #6256302
   Mathis, Marifian & Richter, Ltd.
   101 Vandalia St., Ste. 100
   Edwardsville, IL 62025

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2019, copies of the Motion for Relief from Automatic Stay, and Notice of Motion for Relief From Stay, Provision Directing Response Thereto, and Setting Hearing On Objections, filed by Regions Bank, were served via the Court's CM/ECF electronic noticing system upon all persons requesting electronic notice in this case, and in particular upon:

Jerry D. Graham  
1 Eagle Center, Suite 3A  
O'Fallon, IL 62269

Russell C. Simon  
24 Bronze Pointe  
Swansea, IL 62226

And via U.S. First Class Mail upon all persons listed on the attached creditor matrix, including:

Leo Tigue  
180 Portmarnock Lane  
St. Charles, MO 63304

JJV Profit Sharing Plan  
1801 N. Belt West  
Belleville, IL 62226

Office of the U.S. Trustee  
401 Main St., Room 1100  
Peoria, IL 61602

Kurrin & Richards Inc.  
6209 Mid Rivers Mall Drive, Ste. 30  
St. Charles, MO 63304

/s/ William W. Asa

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| LEO TIGUE, | ) | No. 19-30460-wwa |
| | ) | |
| Debtor. | ) | |
| | ) | |
| REGIONS BANK, an Alabama | ) | |
| Banking corporation, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEO TIGUE, Jr., RUSSELL C. SIMON, | ) | |
| Chapter 13 Trustee, JJV PROFIT | ) | |
| SHARING PLAN, and KURRIN & | ) | |
| RICHARDS, INC., a Missouri corporation, | ) | |
| | ) | |
| Respondents. | ) | |

## RULE 4001-2(B) STATEMENT

COMES NOW Regions Bank ("Movant"), by and through its attorneys, Mathis, Marifian & Richter, Ltd., and pursuant to Local Rule 4001-2(B), states that to the best of its knowledge, other than Movant and the Respondents named herein, the following parties may have a legal or equitable interest in the property located at 225 S. Jackson Street, Belleville, St. Clair County, Illinois:   NONE

**MATHIS, MARIFIAN & RICHTER, LTD.**

By: /s/ William W. Asa
WILLIAM W. ASA, #6192920
MARY E. LOPINOT #6256302
Mathis, Marifian & Richter, Ltd.
101 Vandalia St., Ste. 100
Edwardsville, IL 62025

{M0797982.1}

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0754-3<br>Case 19-30460-wva<br>Southern District of Illinois<br>East St Louis<br>Wed Oct  9 12:36:51 CDT 2019 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| William W Asa<br>Mathis Marifian and Richter LTD<br>101 W Vandalia St<br>Suite 100<br>PO Box 247<br>Edwardsville, IL 62025-0247 | Bank Of America<br>4909 Savarese Circle<br>F11-908-01-50<br>Tampa, FL 33634-2413 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Beckemeier Law Firm<br>13421 Manchester Rd Suite 103<br>Saint Louis, MO 63131-1741 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citibank/Goodyear<br>Centralized Bankruptcy<br>Po Box 790034<br>Saint Louis, MO 63179-0034 | City & Village Tax Office<br>#3 Hollenberg Ct<br>Bridgeton, MO 63044-2492 |
| Costco Go Anywhere Citicard<br>Po Box 6190<br>Sioux Falls, SD 57117-6190 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Directors of Whitmoor Country Club<br>City & Village Tax Office<br>3 Hollenberg Ct<br>Birdgeton, MO 63044-2492 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FINANCE OF AMERICA REVERSE, LLC<br>Reverse Mortgage Solutions, Inc.<br>14405 Walters Road<br>Suite 200<br>Houston, TX 77014-1345 | Finance of America Reverse, LLC<br>RAS Crane, LLC<br>10700 Abbott'Bridge s Road<br>Suite 170<br>Duluth, GA 30097-8461 |
| First National Bank<br>Attn: Bankruptcy<br>1620 Dodge St Mailstop 4440<br>Omaha, NE 68197-0002 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197-0002 | Jerry D Graham Jr<br>JD Graham PC<br>1 Eagle Center<br>Suite 3A<br>O'Fallon, IL 62269-1867 |
| Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JJV Profit Sharing Plan<br>1801 North Belt West<br>Belleville, IL 62226-8201 | Kathryn A Klein<br>Riezman Berger PC<br>7700 Bonhomme Ave<br>St Louis, MO 63105-1960 |

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101-4982

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pnc Bank
Atn: Bankruptcy Department
Po Box 94982: Ms: Br-Yb58-01-5
Cleveland, OH 44101-4982


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Regions Bank
Regions Bank
c/o William Asa
P.O. Box 247
Edwardsville, IL 62025-0247

Regions Bank
Attn: Bankruptcy
Po Box 10063
Birmingham, AL 35202-0063


Regions Bank, an Alabama Banking Corporation
Mathis, Marifian & Richter, attn: W
101 W. Vandalia St., Ste. 100
Edwardsville, IL 62025-1949

Reverse Mortgage Services (RMS)
14405 Walters Rd Suite 200
Houston, TX 77014-1345

Sam's Club
c/o Synchrony Bank
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060


Russell C Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226-1099

St. Clair County Treasurer
#10 Public Square
Belleville, IL 62220-1623

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021


Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

TD Retail Card Services
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849


Talina Buckley & Asa
PO Box 627
Edwardsville, IL 62025-0627

Td Retail Card Services/Samsung
Attn: Bankruptcy
Po Box 731
Mahwah, NJ 07430-0731

Leo Tigue
180 Portmarnock Ln
Saint Charles, MO 63304-0547


Tnb-Visa (TV) / Target
C/O Financial & Retail Services
Mailstop BV   PO Box 9475
Minneapolis, MN 55440-9475

United States Trustee
Becker Bldg, Room 1100
401 Main St
Peoria, IL 61602-1267

Veronica Tigue
180 Portmarnock Ln
Saint Charles, MO 63304-0547

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| LEO TIGUE, | ) | No. 19-30460-wwa |
| | ) | |
| Debtor. | ) | |
| | ) | |
| REGIONS BANK, an Alabama Banking corporation, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEO TIGUE, Jr., RUSSELL C. SIMON, Chapter 13 Trustee, JJV PROFIT SHARING PLAN, and KURRIN & RICHARDS, INC., a Missouri corporation, | ) | |
| | ) | |
| Respondents. | ) | |

## RULE 4001-2(B) STATEMENT

COMES NOW Regions Bank ("Movant"), by and through its attorneys, Mathis, Marifian & Richter, Ltd., and pursuant to Local Rule 4001-2(B), states that to the best of its knowledge, other than Movant and the Respondents named herein, the following parties may have a legal or equitable interest in the property located at 225 S. Jackson Street, Belleville, St. Clair County, Illinois:    NONE

                                  **MATHIS, MARIFIAN & RICHTER, LTD.**

                            By: /s/ William W. Asa
                                  WILLIAM W. ASA, #6192920
                                  MARY E. LOPINOT #6256302
                                  Mathis, Marifian & Richter, Ltd.
                                  101 Vandalia St., Ste. 100
                                  Edwardsville, IL 62025

{M0797982.1}