ret Leo Tigue
Pg 3



A02607832
MICHAEL T. COSTELLO
RECORDER OF DEEDS
ST. CLAIR COUNTY
BELLEVILLE, IL
03/26/2019   01:42:24PM
RHSP FEE:     9.00
TOTAL FEE:   $45.00
     PAGES:   3

45.00

## QUIT CLAIM DEED

THE GRANTOR(S), **KURRIN & RICHARDS, INC.**, a corporation duly organized and existing under and by virtue of the laws of the State of Illinois and duly authorized to transact business in the state where the following described real estate is located and pursuant to authority given by the Board of Directors of said corporation and for TEN DOLLARS and other good and valuable consideration in hand paid;

CONVEYS AND QUITCLAIMS

to **LEO TIGUE**, as sole owner with fee simple absolute, all interest in the following described Real Estate in the County of St. Clair, in the State of Illinois, to wit:

Lot 15 of "Abend's 1st addition to the town (now city) of Belleville"; reference being had to the play thereof recorded in the Recorder's Office of St. Clair County, Illinois, in Book of Deeds "T" on Page 195.

Except the coal, oil, gas and other minerals underlying the surface of said land and all rights and easements in favor of the estate of said coal, oil, gas and other minerals.

Situated in St. Clair County, Illinois.

Subject to conditions, restrictions, easements and reservations of records.



APPROVED MAPPING & PLATTING
Director
SUBJECT TO ZONING REGULATIONS



EXHIBIT C
3 PAGES

Situated in St. Clair County, Illinois.
Subject to conditions, restrictions, easements and reservations of record.

Property Address: Lot 15, 225 S Jackson St. Belleville, IL 62220
Permanent Index Number: 08-27.0-105-034

Grantor(s) hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

Dated this 26 day of MARCH, 2019.

_____

STATE OF ILLINOIS    }
                     } SS
County of Madison    }

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY THAT **LEO TIGUE, President OF KURRIN & RICHARDS, INC.** personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he signed, Sealed and delivered the said instrument as his free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and notarial seal, this 26 day of March, 2019.



JESSICA WALTERS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 20, 2021

_____
Notary Public

2

**COUNTY -- ILLINOIS TRANSFER STAMPS**

EXEMPT UNDER PROVISIONS OF PARAGRAPH E SECTION 4, REAL ESTATE TRANSFER ACT.

DATE: 26 day of March, 2019

_____
Buyer, Seller, or Representative

**THIS INSTRUMENT WAS PREPARED WITHOUT ADVICE OR COUNSEL BY:**

**MAIL TO:**

Leo Tigue
180 Portmarnock Lane
Weldon Spring, MO 63304

**NAME & ADDRESS OF TAXPAYER:**

Leo Tigue
180 Portmarnock Lane
Weldon Spring, MO 63304