

Office of the Secretary of State Jesse White

CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 53853013 |
| Entity Name | KURRIN & RICHARDS, INC. |
| Status | REVOKED |

Revoked on Tuesday, 17 October 2006

**Entity Information**

Entity Type
CORPORATION

Type of Corp
FOREIGN BCA

Qualification Date (Foreign)
Wednesday, 22 May 1985

State
MISSOURI

Duration Date
PERPETUAL

**Agent Information**

Name
VACATED



EXHIBIT
D
2 PAGES

Address
VACANT
BELLEVILLE, IL 62220

Change Date
Monday, 17 July 2006

## Annual Report

Filing Date
Thursday, 11 May 2006

For Year
2006

## Officers

President
Name & Address
LEO TIGUE 225 NORTH JACKSON ST BELLEVILLE, IL 62220

Return to Search

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.    Tue Sep 24 2019