UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| LEO TIGUE, | ) | No. 19-30460-wwa |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| REGIONS BANK, an Alabama | ) | |
| Banking corporation, | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEO TIGUE, Jr., RUSSELL C. SIMON, | ) | |
| Chapter 13 Trustee, JJV PROFIT | ) | |
| SHARING PLAN, and KURRIN & | ) | |
| RICHARDS, INC., a Missouri corporation, | ) | |
| | ) | |
|     Respondents. | ) | |

**NOTICE OF MOTION FOR RELIEF FROM STAY,
PROVISION DIRECTING RESPONSE THERETO,
AND SETTING HEARING ON OBJECTIONS**

The above-captioned persons shall take notice that a motion or other request to lift the automatic stay in the above-captioned bankruptcy has been filed with the United States Bankruptcy Court for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, IL 62201.

Any objections to the attached Motion must be filed with the Court on or before **October 24, 2019**, with a copy forwarded to William Asa, Mathis, Marifian & Richter, Ltd., 101 W. Vandalia Ave., Suite 100, Edwardsville, IL 62025. If no objections to the relief sought are timely filed, the Court will enter an order granting the Motion.

In the event that an objection is timely filed, a preliminary hearing on the motion will be held on **November 4, 2019 at 10:00 a.m.** before the United States Bankruptcy Court for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, IL. If a party fails to appear in person or by counsel, the Court may proceed with the scheduled hearing and may enter an appropriate order or judgment, including dismissal of the pending Motion.

**MATHIS, MARIFIAN & RICHTER, LTD.**

By:    /s/ William W. Asa
       WILLIAM W. ASA, #6192920
       MARY E. LOPINOT #6256302
       Mathis, Marifian & Richter, Ltd.
       101 Vandalia St., Ste. 100
       Edwardsville, IL 62025

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2019, a copy of the foregoing document was served via the Court's CM/ECF electronic noticing system upon all persons requesting electronic notice in this case, and in particular upon:

Jerry D. Graham
1 Eagle Center, Suite 3A
O'Fallon, IL 62269

Russell C. Simon
24 Bronze Pointe
Swansea, IL 62226

And via U.S. First Class Mail upon all persons listed on the attached creditor matrix, including:

Leo Tigue
180 Portmarnock Lane
St. Charles, MO  63304

Office of the U.S. Trustee
401 Main St., Room 1100
Peoria, IL 61602

JJV Profit Sharing Plan
1801 N. Belt West
Belleville, IL 62226
Kurrin & Richards Inc.
6209 Mid Rivers Mall Drive, Ste. 30
St. Charles, MO 63304

       /s/  William W. Asa

{M0800855.1}

2