## UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under |
| | ) | |
| LEO TIGUE | ) | |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s), | ) | |
| | ) | BK No. 19-30460 |

### ORDER

THIS MATTER comes before the Court on the debtor's Motion for Extension of Time to Comply with the Agreed Order issued September 13, 2019. Said motion is GRANTED. The debtor shall have forty-five (45) days from the date of this order to fully comply with the Agreed Order issued September 13, 2019. Failure to file <u>all</u> of the required documents within the allotted time shall result in the dismissal of this case without further hearing or notice.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: October 16, 2019

/s/ William V. Altenberger
UNITED STATES BANKRUPTCY JUDGE/7