IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LEO TIGUE, | ) | |
|     Debtor, | ) | Case No.:  19-30460 |
| | ) | Chapter 13 |
| | ) | |

**DEBTORS' OBJECTION TO**
**MOTION FOR RELEIF FROM AUTOMATIC STAY**

Comes now Debtor, LEO TIGUE, and hereby submits his answers as follows:

1. Debtor admits the allegation contained in paragraph 1.

2. Debtor admits the allegation contained in paragraph 2.

3. Debtor neither admits nor denies the allegation contained in paragraph 3.

4. Debtor admits the allegation contained in paragraph 4.

5. Debtor neither admits nor denies the allegation contained in paragraph 5.

6. Debtor admits the allegation contained in paragraph 6.

7. Debtor neither admits nor denies the allegation contained in paragraph 7.

8. Debtor neither admits nor denies the allegation contained in paragraph 8.

9. Debtor admits the allegation contained in paragraph 9.

10. Debtor denies the allegation contained in paragraph 10.

WHEREFORE, Debtor hereby prays that this Honorable Court deny Regions Bank's Motion for Relief from Automatic Stay.

By:/s/J.D. GRAHAM
J.D. GRAHAM, P.C.
Attorney for Debtor
#1 Eagle Center; Suite 3A
O'Fallon, IL 62269
618.235.9800
618.235.9805 fax
jd@jdgrahamlaw.com

## **CERTIFICATE OF SERVICE**

Come now Debtor, LEO TIGUE, by and through his attorney, and certifies that on October 23, 2019, via first-class mail, postage prepaid, a true and accurate copy of Debtors Answer to Motion for Relief from Automatic Stay was served upon the following people that were not served electronically:

Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

U.S. Trustee
Becker Building, Ste. 1100
401 Main St.
Peoria, IL 61602

William Asa
Mathis, Marifian & Richter, Ltd.
101 Vandalia St., Ste. 100
Edwardsville IL 62025

/s/ Tim Martie