**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LEO TIGUE, ) | |
|       Debtor, ) | Case No.: 19-30460 |
| ) | Chapter 13 |
| ) | |

**MOTION TO WITHDRAW OBJECTION**
**TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COME NOW Debtor Leo Tigue, by and through their undersigned attorney and pray that this Court allow them to withdraw the Objection to Motion for Relief from Automatic Stay (Document #70) filed October 23, 2019, and such other relief as this Court deems just and reasonable.

RESPECTFULLY SUBMITTED,

/s/J.D. Graham
J.D. Graham 06211732
J.D. GRAHAM, P.C.
#1 Eagle Center, Suite 3A
O'Fallon, IL 62269
618.235.9800
618.235.9805 fax
jd@jdgrahamlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the forgoing Motion was served via first-class mail, postage prepaid, to the following parties, on this 31st day of October, 2019, that were not notified electronically.

/s/ Tom Voigt

Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

U.S. Trustee
Becker Building, Ste. 1100
401 Main St.
Peoria, IL 61602

William Asa
Mathis, Marifian & Richter, Ltd.
101 Vandalia St., Ste. 100
Edwardsville IL 62025