UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| LEO TIGUE, | ) | |
| | ) | Bk No. 19-30460 |
| Debtor. | ) | |
| | ) | |

## ORDER

THIS MATTER is before the Court on Motion for Relief from Co-Debtor Stay filed by Regions Bank. All objections having been withdrawn and the Court having considered the record and determined that cause exists and that Regions Bank is otherwise entitled to the relief requested in the Motion for Relief from Automatic Stay,

**IT IS ORDERED THAT** Regions Bank's request for relief from the co-debtor stay imposed by 11 U.S.C. § 1301 is GRANTED and creditor may enforce its rights against the co-borrowers, Veronica Tigue and Kurrin & Richards, Inc and that for such purpose the automatic stay of 11 U.S.C. § 1301 is terminated.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: November 1, 2019

/s/ William V. Altenberger
_____
UNITED STATES BANKRUPTCY JUDGE/7

{M0800914.1}