# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Leo Tigue<br><br>    Debtor(s)<br><br>Regions Bank<br><br>    Movant(s),<br>vs.<br><br>Leo Tigue, Trustee Russell C Simon, JJV Profit Sharing Plan, Kurrin and Richards Inc.<br><br>    Defendant(s). | In Proceedings<br>Under Chapter 13<br><br>BK<br>19–30460–wva |

## ORDER GRANTING RELIEF FROM STAY

This matter is before the Court on a motion for relief from automatic stay filed on 10/10/2019; it appearing to the Court

- ☑ that the debtor has not filed an objection and/or has consented to the motion;

- ☑ that the Trustee has not filed an objection and/or has consented to the motion;

- ☐ other:

Accordingly, **IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted.  The provision in Bankruptcy Rule 4001 (a) (3) staying for fourteen days an order granting a motion for relief from stay is hereby waived.

ENTERED: November 1, 2019                                /s/ William V. Altenberger
                                                        UNITED STATES BANKRUPTCY JUDGE