IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In proceedings under |
|   Leo Tigue | ) | Chapter 13 |
| | ) | |
| | ) | |
|   Debtor(s). | ) | Bk. No.:  19-30460 |
| | ) | |

CHAPTER 13 TRUSTEE'S  OBJECTION TO CONFIRMATION
TO DEBTOR(S)' AMENDED PLAN ONE

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

**COMES NOW,** RUSSELL C. SIMON, Chapter 13 Trustee, and files this his  Objection to  Confirmation of the Debtor(s) Amended Plan One  and in support thereof would respectfully show unto this Court the following (only those items checked apply):

1. ___    The Debtor(s)' Plan is not feasible.  [Disposable Income: $0.00 Plan Payment: $0.00]

2. ___    As of , the proposed Plan does not provide sufficient funding to pay all allowed secured/priority claims, as well as any required distribution to allowed general unsecured claims.  The Trustee's plan calculation* has been emailed to counsel. [Current Base: $0.00 Estimated Minimum Req'd Base: $0.00]

3. ___    Pursuant to Form 122C-2, Line 45, the Plan must provide a minimum payment to all allowed non-priority unsecured claims of the lesser amount of $0.00 or 100%.

4. _X_    The Plan proposed by the Debtor(s) fails to address the following secured and/or priority claims: Regions Bank.

5. ___    The Plan does not provide for payment of all of the Debtor(s)' disposable income.
[Disposable Income on Sch. J: $0.00   Plan Payment: $0.00]

6. ___    Pursuant to 1325(a)(4), the amount necessary to pay all classes of unsecured creditors is $0.00; however, Debtor(s)' Plan only proposes to pay $0.00.

7. ___    Pursuant to the Proof of Claim filed by  on , the Debtor(s) have not filed their  tax returns.  The Debtor(s) must provide the Trustee with evidence that these returns have been filed.

If the Debtor(s) assert that they have filed the tax returns indicated on the tax agency's Proof of Claim as not filed, they must file an Objection to said Proof of Claim and/or otherwise have the taxing agency file an Amended Proof of Claim to set forth the correct amount of their priority debt, if any.

8. __X__    Other: a. Upon information and belief, and upon review of the real estate listing of the real property located at 180 Portmamock Lane, it appears Debtor has significantly undervalued household goods, furnishings, electronics, etc. The Trustee requests an appraisal to substantiate the current values as listed on the Amended Schedule A/B.

      b. The plan does not meet the Liquidation Analysis. Pursuant to 1325(a)(4), the amount necessary to pay all classes of unsecured creditors is $10,756.69. Based upon the filed proof of claims, Debtor has priority unsecured debt in the amount of $2,608.95; therefore the minimum amount the Debtor must pay to all classes of allowed non-priority unsecured claims is $8,147.74.

      c. Regarding objection #4 above, the Trustee would note there is a pending objection to the amended proof of claim (court claim #26-2) filed by Regions Bank. As plan completion cannot be determined until this objection is resolved, confirmation of Amended Plan #1 cannot be recommended.

*The parties are advised that the plan calculation is subject to change based upon numerous factors, including, but not limited to, a change in the Trustee's percentage fee; missed or late plan payments; the filing of proof of claims in amounts substantially different from the amounts scheduled in the debtor(s)' plan; and the filing of amended proof of claims.

      **WHEREFORE, PREMISES CONSIDERED,** Russell C. Simon, Chapter 13 Trustee, respectfully prays that this Court deny confirmation of the Debtor(s)' Plan, and grant him such other and further relief, both in law and in equity, to which he shows himself justly entitled.

      **/s/ Russell C. Simon**
RUSSELL C. SIMON, Trustee
Chapter 13 Trustee
24 Bronze Pointe
Swansea, Illinois  62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

Dated: December 05, 2019
DW

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Objection to Confirmation to Debtor(s)' Amended Plan One was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Thursday, December 5, 2019.

/s/Danielle

Leo Tigue
180 Portmarnock Lane
St Charles, MO  63304


.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269