# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| LEO TIGUE | ) | Under Chapter 13 |
| | ) | |
| Debtor/Debtors. | ) | |
| | ) | |
| RUSSELL C. SIMON, | ) | |
| CHAPTER 13 TRUSTEE, | ) | |
| Objector. | ) | Bk. No.: 19-30460 |
| | ) | |
| REGIONS BANK | ) | |
| COURT CLAIM NO. 26-2 | ) | |
| Respondent. | ) | |

## ORDER ON TRUSTEE'S OBJECTION TO CLAIM

This matter comes before the Court on the Trustee's Objection to Claim of Regions Bank (Claim #26-2). No response having been filed by the creditor, IT IS ORDERED that the objection is SUSTAINED. The above-referenced claim is DISALLOWED.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: December 26, 2019

/s/ William V. Altenberger
UNITED STATES BANKRUPTCY JUDGE/7