<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing **Certificate for Order on Application for Approval of Compensation of Appraiser** was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Tuesday, August 11, 2020.

<u>/s/  Jeffrey</u>

Leo Tigue
180 Portmarnock Lane
St Charles, MO  63304

.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269




Bill Cockrum
6128 Bartmer Ave.
St. Louis, MO 63133




Case # 19-30460