RUSSELL C. SIMON
CHAPTER 13 TRUSTEE
24 BRONZE POINTE
SWANSEA, IL 62226
(618) 277-0086
FAX: (618) 234-0124

## MEMORANDUM REQUESTING WAGE ORDER

TO:    Clerk, U. S. Bankruptcy Court

FROM:    Russell C. Simon, Chapter 13 Trustee

RE:    Case Number:    19-30460

    Case Name:    Leo Tigue

Please issue a <u>Direct Pay Order</u> for Leo Tigue to:

    Leo Tigue
    180 Portmarnock Lane
    St Charles, MO 63304

The proposed Order consists of <u>$665.00</u> in plan payments monthly, payable to the Trustee by the 11th day of each month.

    /s/ Russell C. Simon
    RUSSELL C. SIMON, Trustee

Date:    November 02, 2020

SP